No. 41778.—Protests 602215–G, etc., of C. S. Emery & Co. (St. Albans).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Emery* v. *United States* (T. D. 46702) and *Myers* v. *United States* (T. D. 49530) the protests were sustained, and it was held that the mean average of the thickness of the edges of the clapboards in the condition as imported should have been taken in imposing the tax under section 601 (c) (6), Revenue Act of 1932.

No. 41779.—Protests 589860–G, etc., of C. S. Emery & Co. (St. Albans).

Opinion by McCLELLAND, P. J. It was stipulated that the clapboards in question are similar to those the subject of *Emery* v. *United States* (T. D. 46702) and the protests were accordingly sustained.